

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

# O R D E R

On July 6, 2015, Appellant filed a motion requesting a copy of his Pre-Sentence Investigation Report. In his motion, Appellant recites the attempts he has made to obtain a copy. Appellant's court-appointed counsel on appeal states he does not have a copy of the report, and the report is not part of the appellate record.

Appellant's motion for a copy of the report is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court